UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| *In re*: Vernon A. Nelson<br>Attorney at Law, Bar No. 6434 | Case No. 2:21-cv-00370-MMD<br><br>ORDER |

This is an attorney discipline matter. Before the Court is Vernon A. Nelson's petition for reinstatement. (ECF No. 9 ("Petition").) Because Nelson has proffered sufficient evidence with his Petition that he is a member in good standing of the State Bar of Nevada, he has successfully discharged the probationary conditions the Nevada Supreme Court imposed on him, and as further explained below, the Court will grant the Petition.

The Court entered an order to show cause why Nelson should not be reciprocally suspended (ECF No. 1 ("OSC")) and Nelson filed a timely response (ECF No. 4) arguing that the Court should not reciprocally suspend him because he was still permitted to practice in Nevada state court. The Court nonetheless suspended him because Nelson was subject to probationary conditions the Nevada Supreme Court imposed on him but indicated he could petition for reinstatement once he could establish that he had successfully discharged those probationary conditions. (ECF No. 5.)

As noted, Nelson now petitions for reinstatement. (ECF No. 9.) In particularly pertinent part, he attached as exhibits to his Petition a letter and email from Nevada State Bar counsel confirming that he has successfully discharged the probationary conditions the Nevada Supreme Court imposed on him (ECF No. 9-3) and a certificate of good standing from the State Bar of Nevada that post-dates the previously-described letter and email (ECF No. 9-6).

Local Rule IA 11-7(i) states that an attorney who is the subject of an order of suspension "may petition for reinstatement to practice before this court or for modification of the order as may be supported by good cause and the interests of justice." LR IA 11-7(i). The Rule further provides: "if the attorney was readmitted by the supervising court or the discipline imposed by the supervising court was modified or satisfied, the petition must explain the situation with specificity, including a description of any restrictions or conditions imposed on readmission by the supervising court." *Id.* However, the decision as to whether and under what circumstances the attorney will be reinstated to practice before this Court is left to the discretion of the Chief Judge, or other reviewing Judge if the Chief Judge refers the matter to another judge. *See id.*; *see also* LR IA 11-7(a).

The Court will grant the Petition because Nelson has sufficiently demonstrated he successfully discharged the Nevada Supreme Court's probationary conditions and is an attorney in good standing with the State Bar of Nevada. (ECF Nos. 9-3, 9-6.) Moreover, Nelson's Petition demonstrates understanding of the Court's prior Suspension Order granting him leave to petition this Court for reinstatement once he could show that he is able to practice in Nevada state courts unencumbered by any probationary conditions. (ECF No. 5 at 3.) The Court thus finds that Nelson has shown cause to be readmitted to the bar of this Court.

It is therefore ordered that Vernon A. Nelson's petition for reinstatement (ECF No. 9) is granted.

DATED THIS 10th Day of June 2022.

---

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE